Rick A. Steinberg, Esq.
**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677
Tel: (201) 391-3737
Fax: (201) 391-9360
RSteinberg@pricemeese.com

Attorneys for Plaintiff,
Mediterranean Shipping Company (USA) Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MEDITERRANEAN SHIPPING COMPANY (USA) INC.,** | : : : |
| Plaintiff, | : : |
| v. | : : |
| **HUATAI USA LLC;** **PAPER SALES USA INC.; and** **RECYCLING PAPER PARTNERS OF PA LLC,** | : Civil Action No. : 1:19-cv-10756 (AKH) : : |
| Defendants. | : : |

**ORDER TO VACATE DISMISSAL AND TO ENTER DEFAULT JUDGMENT**

Upon the motion of Plaintiff, Mediterranean Shipping Company (USA) Inc. ("Plaintiff" or "MSC"), through its counsel, Price Meese Shulman & D'Arminio, P.C., for an Order to Vacate Dismissal of the amended complaint and to enter default judgment against Defendants, Huatai USA LLC; Paper Sales USA Inc.; and, Recycling Paper Partners of PA LLC ("Defendants"), it is hereby:

ORDERED, ADJUDGED AND DECREED: that the dismissal entered on March 19, 2021 be and is hereby vacated; and it is further

1

ORDERED, ADJUDGED AND DECREED: that default be and hereby is entered against Defendants for failure to plead or otherwise defend; and it is further

ORDERED, ADJUDGED AND DECREED: that the Plaintiff have judgment against Defendants, jointly and severally, in the amount of $74,789.49, plus interest, court costs and attorney's fees, and that execution issue thereon.

Dated: New York, New York
　　　  June 25    , 2021

                                               /s/ Alvin K. Hellerstein
                                               Hon. Alvin K. Hellerstein, U.S.D.J.

~~This document was entered on the docket on_____.~~

2